LODGED

1  Richard Cedeno-Donastorg  (Full Name)
2  P.O. Box 106  (Address Line 1)
3  Cabazon, CA 92230  (Address Line 2)
4  (951) 849-1901  (Phone Number)
5  Plaintiff in Pro Per

2012 SEP 28 PM 4:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ED CV 12 - 01654  FMO

Richard Cedeno-Donastorg,

   Plaintiff,

   vs.

Riverside County Sheriff's Department; Raul Lopez; Don Atkinson; Gregory Sell; Chris Ternes

   Defendant(s).

Case No.: _____
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒ Yes  ☐ No

(All paragraphs and pages must be numbered.)

### I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

### II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because <u>defendants and plaintiff reside in and the cause of action arises out of this district.</u>

---

*Complaint*                                                                 1

## III. PARTIES

3. Plaintiff  Richard Cedeno-Donastorg  resides at:
   _(your full name)_
   50335 Aloma Drive, Cabazon, CA 92230
   _(your address)_

   _(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)_

4. Defendant  Riverside County Sheriff's Department  works at
   _(full name of Defendant)_

   _(Defendant's place of work)_

   Defendant's title or position is _____
   _(Defendant's title or position at place of work)_

   This Defendant is sued in his/her (check one or both):
   ☐ individual capacity         ☐ official capacity

   This Defendant was acting under color of law because: _____

5. Defendant  Raul Lopez  works at
   _(full name of Defendant)_
   Riverside County Sheriff's Department
   _(Defendant's place of work)_

   Defendant's title or position is  Deputy
   _(Defendant's title or position at place of work)_

   This Defendant is sued in his/her (check one or both):
   ☐ individual capacity         ☒ official capacity

   This Defendant was acting under color of law because:  He was acting in his official capacity as a uniformed Deputy of the Riverside County Sheriff's Department


_6_. Defendant <u>Don Atkinson</u> works at
*Insert ¶ #*     *(full name of Defendant)*

<u>Riverside County Sheriff's Department</u>
   *(Defendant's place of work)*

Defendant's title or position is <u>Deputy</u>
   *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):
☐ individual capacity   ☒ official capacity

This Defendant was acting under color of law because <u>He was acting in his official capacity as a uniformed Deputy of the Riverside County Sheriff's Department</u>

_7_. Defendant <u>Gregory Sell</u> works at
*Insert ¶ #*     *(full name of Defendant)*

<u>Riverside County Sheriff's Department</u>
   *(Defendant's place of work)*

Defendant's title or position is <u>Deputy</u>
   *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):
☐ individual capacity   ☒ official capacity

This Defendant was acting under color of law because <u>He was acting in his official capacity as a uniformed Deputy of the Riverside County Sheriff's Department</u>

8. Defendant __Chris Ternes__ works at
   *(full name of Defendant)*

__Riverside County Sheriff's Department__.
   *(Defendant's place of work)*

Defendant's title or position is __Deputy__.
   *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity       ☒ official capacity

This Defendant was acting under color of law because __He was acting in his official capacity as a uniformed Deputy of the Riverside County Sheriff's Department__

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

9. On September 30, 2010 I was contacted by a detective regarding work tools I had reported stolen from my driveway. On October 1, 2010, I received another call regarding my stolen items and while outside to feed my dogs, I saw three officers standing by my gate. When I tried to lock my dogs in the backyard, the police forcibly pushed the gate and slammed me to the ground, handcuffed me, and threw me in the back of the patrol car.

10. While I was in the car, four officers ran into the house while one stood outside by the gate. They ransacked the house for twenty minutes and let the dogs out. One of the dogs got into the patrol car and the officers kicked the dog and told me to command it out of the car. Once the dog was out the officers grabbed me, slammed me to the ground, pepper-sprayed me; hit me with a baton on my forehead, and kicked me until I began to lose consciousness. The beating also reopened a wound I had received from a recent kidney surgery.

11. While handcuffed and restrained on the ground, a sergeant came and also began to punch me. He and another officer put a rope around my feed and dragged me toward the car with two other officers pulling me up by the handcuffs and threw me in the patrol car and slammed the door on my head. I was then taken to a gated driveway on Main Street, removed from the car and beaten again while handcuffed. Eventually the paramedics arrived and took me away an ambulance. While in the ambulance two officers grabbed me and injected me with a syringe. I heard the driver ask the other officers if they had killed me yet and to say that I had died of an overdose.

*Complaint*

5

12. The ambulance rode with traffic, without the lights on, to San Gorgonio Memorial Hospital, where they tried again to inject me with something while still parked. Thirteen hours later I was transferred to urgent care at Riverside Community Hospital in Moreno Valley to a private facility where I was hospitalized for five days. I was treated for nerve and muscle damage and a disabled hand as a result of the beating. The police then charged me with vandalism and resisting arrest.

13. On July 5, 2011 I had surgery on my right hand. As a carpenter, I am left with mental and physical damage that prevents me from working.

# V. CLAIMS

## Claim #1

14. Plaintiff realleges and incorporates by reference all of the paragraphs above.

15. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:
The fourth and fourteenth amendments' right against unlawful seizure.

16. The above civil right was violated by the following Defendants:
Riverside County Sheriff's Department, Raul Lopez, Don Atkinson, Gregory Sell, and Chris Ternes

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

17. Deputies Lopez, Atkinson, Sell and Ternes were all present and used excessive force in beating and kicking me at my house and on Main Street.

18. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:
I received nerve and muscle damage and a disabled hand. I had to have surgery to Repair my right hand. Defendants reopened a surgery wound which had to be repaired. I am still left with physical and mental scars and damage which prevents me from being able to provide for my family and pay my bills.

## Claim #( 2 )
*(insert Claim#)*

19. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

20. Plaintiff has a claim under 42 U.S.C. Section 1983 for violation of his right to be free from a deprivation of liberty without due process of law.

21. Plaintiff alleges the above claim against the following Defendant(s): Riverside County Sheriffs Department, Raul Lopez, Don Atkinson, Gregory Sell, and Chris Ternes

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

22. Defendants were all present and were all involved in the unnecessary and unlawful arrest.

23. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way: During the unlawful arrest, plaintiff suffered nerve and muscle damage and needed to be hospitalized for over five days.

*Complaint*

8

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

24. That this court assumes jurisdiction over the cause and grants the plaintiff compensatory and punitive damages, costs, and award all other proper relief.

Dated: 9-28-2012

Sign: *Richard Cedeno Donastorg*

Print Name: Richard Cedeno Donastorg

*Complaint*

9

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 9-28-2010

Sign: *Richard Cedeno Donastorg*

Print Name: Richard Cedeno Donastorg

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)
Richard Cedeno - Donastorg

**DEFENDANTS**
Riverside County Sheriff's Department; Raul Lopez; Don Atkinson; Gregory Sell; Chris Ternes

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Richard Cedeno - Donastorg
P.O. Box 106
Cabazon, CA 92230

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of Civil Rights Pursuant to Title 42 U.S.C. §1983 (Use of Excessive Force)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☑ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

ED CV 12 - 01654 FMO

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     **CIVIL COVER SHEET**     Page 1 of 2

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☒ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Richard Ledru Donaston_ Date 9-28-2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |