UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CEDENO DONASTORG, | ) Case No. EDCV 12-1654-AG (JPR) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| RIVERSIDE COUNTY SHERIFF'S DEPARTMENT et al., | ) |
| Defendants. | ) |

    The Court has reviewed the First Amended Complaint, records on file, and Report and Recommendation of the U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that (1) Defendants' motion for summary judgment is GRANTED, (2) Plaintiff's motion for leave to amend the First Amended Complaint is DENIED, (3) Defendant County's counterclaims are DISMISSED WITHOUT PREJUDICE, and (4) this action is DISMISSED WITH PREJUDICE.

DATED: JUNE 29, 2014

ANDREW J. GUILFORD
U.S. DISTRICT JUDGE