JS-6 • ENTERED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CEDENO DONASTORG, | Case No. EDCV 12-1654-AG (JPR) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| RIVERSIDE COUNTY SHERIFF'S DEPARTMENT et al., | |
| Defendants. | |

In line with the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: JUNE 29, 2014

ANDREW J. GUILFORD
U.S. DISTRICT JUDGE