UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 12-1654 AG (JPRx) | Date | July 8, 2014 |
|---|---|---|---|
| Title | RICHARD CEDENO DONASTORG v. RIVERSIDE COUNTY SHERIFF'S DEPARTMENT et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Dwayne Roberts | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** [IN CHAMBERS] ORDER DENYING REQUEST FOR EXTENSION

On June 29, 2014, the Court accepted the Magistrate Judge's Report and Recommendation and, based on the reasoning in it, entered judgment in favor of Defendants. On June 30, Plaintiff filed a request for an extension of time to file objections to the R&R, stating that he has been incarcerated at the Riverside County Jail since February 5, 2014, and will be unable to file objections until he is released.

Plaintiff's request is DENIED. The R&R was not filed until May 7, 2014. At no time between February 5 and that date—or indeed June 29, when this Court accepted the R&R—did Plaintiff inform the Court of his change of address. He has not explained why he did not comply with Local Rule 41-6, which requires that a "party proceeding pro se . . . keep the Court and opposing parties apprised of such party's current address." Moreover, Plaintiff has provided no indication that the charges against him have been dismissed or that his release from jail is otherwise imminent. The Court will not vacate its judgment, reopen the proceedings, and stay this case indefinitely when Plaintiff is responsible for his predicament by failing to follow the Local Rules.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 12-1654 AG (JPRx) | Date | July 8, 2014 |
|---|---|---|---|
| Title | RICHARD CEDENO DONASTORG v. RIVERSIDE COUNTY SHERIFF'S DEPARTMENT et al. | | |

 : 0

Initials of Preparer    dr